IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| EVE M. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:15CV387–HEH |
| | ) |
| JAMES V. HARNEY, JR., | ) |
| | ) |
| Defendant. | ) |

# ORDER
### (Cross Motions for Summary Judgment)

THIS MATTER is before the Court on Cross Motions for Summary Judgment (ECF Nos. 164, 176).

For the reasons in the accompanying Memorandum Opinion, Defendant Harney's Second Motion for Summary Judgment (ECF No. 164) is GRANTED, and Count XI of the Amended Complaint is DISMISSED with prejudice.

Plaintiff's Motion for Summary Judgment (ECF No. 176) is DENIED.

                                          /s/
                                  Henry E. Hudson
                                  United States District Judge

Date: May 16, 2016
Richmond, VA